UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 15 AM 9: 29

CLERK _____
SO. DIST. OF GA.

United States of America )
)
vs )  CASE NUMBER  CR406-97
)
Jacque Anderson )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __15__ day of __Oct__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA